UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| AUGUSTINE IMPERIAL, | ) | Case No. CV 09-2611-R(RC) |
| Petitioner, | ) | |
| vs. | ) | JUDGMENT |
| GARY SANDOR, WARDEN,[1] CDCR SECRETARY, | ) | |
| Respondent. | ) | |

Pursuant to the Order of the Court adopting the findings, conclusions, and recommendations of United States Magistrate Judge Rosalyn M. Chapman,

IT IS ADJUDGED that the petition for writ of habeas corpus is denied and the action is dismissed with prejudice.

DATE:  August 10, 2010

_____
MANUEL L. REAL
UNITED STATES DISTRICT JUDGE

---

[1] Pursuant to Fed. R. Civ. P. 25(d)(1), Gary Sandor is substituted as respondent.

R&R\09-2611.jud
7/12/10